## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BLUEFIELD

**MICHAEL EDEN and**
**ELIZABETH A. EDEN**

      **Plaintiffs,**

**v.**
                                   **Civil Action No.: 1:22-cv-00236**
                                   **Judge:  David A. Faber**

**JOSEPH CAR TRANSPORT, LLC,**
**YAHIA ALCHARBAJI,**
**FRONTIER COMMUNICATIONS CORPORATE**
**SERVICES, INC., CITIZENS**
**TELECOMMUNICATIONS COMPANY OF**
**WEST VIRGINIA d/b/a FRONTIER**
**COMMUNICATIONS OF WEST VIRGINIA,**
**FRONTIER COMMUNICATIONS CORPORATION,**
**C.H. ROBINSON OPERATIONS, INC.,**
**C.H. ROBINSON WORLDWIDE, INC.,**
**C.H. ROBINSON COMPANY, INC., and**
**KGPCO INC.,**

      **Defendants.**

## AGREED PARTIAL DISMISSAL ORDER

NOW COMES the Plaintiffs, Michael Eden and Elizabeth A. Eden ("Plaintiffs"), by

counsel, J. Ryan Stewart and the law firm of Bailey Javins & Carter L.C., and Eric Buckner and

the law firm of Katz, Kantor, Stonestreet, & Buckner, PLLC; Joseph Car Transport LLC and Yahia

Alcharbaji, by counsel, M. Andrew Brison and The Law Office of M. Andrew Brison, PLLC; and

C. H. Robinson Operations, Inc., C. H. Robinson Worldwide, Inc. and C. H. Robinson Company,

Inc., by counsel, Robert A. Lockhart and the law firm of Cipriani & Warner ("Defendants"), and

hereby jointly move this Court for entry of an Order dismissing Joseph Car Transport LLC, Yahia

Alcharbaji, C. H. Robinson Operations, Inc., C. H. Robinson Worldwide, Inc. and C. H. Robinson

Company, Inc., with *prejudice*. Further, the parties advise the Court that all matters in controversy between them have been compromised and settled.

**WHEREFORE**, it is hereby **ORDERED** that the claims asserted by Plaintiffs against Defendants Joseph Car Transport LLC, Yahia Alcharbaji, C. H. Robinson Operations, Inc., C. H. Robinson Worldwide, Inc. and C. H. Robinson Company, Inc., as set forth in Civil Action No. 1:22-cv-00236 styled*, Michael Eden and Elizabeth A. Eden v. Joseph Car Transport, LLC, et al.*, be **DISMISSED, WITH PREJUDICE**. All parties shall bear their respective costs with regard to litigating this matter.

The remaining claims of the Plaintiffs against any other Defendant, if any, are reserved and shall not be affected by the operation of this *AGREED PARTIAL DISMISSAL ORDER.*

The Clerk is directed to send certified copies of this Order to counsel of record at the addresses listed below.

**ENTER** this __4th__ day of ____October____, 2023.

_____
**Judge David A. Faber**


**Prepared by:**

*/s/ M. Andrew Brison*
M. Andrew Brison, Esquire (WVSB #5787)
The Law Office of M. Andrew Brison, PLLC
232 Capitol Street
Charleston, West Virginia 25301
*abrison@brisonlaw.com*
*Counsel for Defendants Joseph Car Transport, LLC,*
*and Yahia Alcharbaji*

2

**Inspected and approved by:**

*/s/ J. Ryan Stewart*
J. Ryan Stewart, Esq. (WVSB #1076)
Bailey Javins & Carter L.C.
213 Hale Street
Charleston, West Virginia 25301
*rstewart@bjc4u.com*
and
Eric Buckner, Esq. (WVSB #9578)
Katz, Kantor, Stonestreet, & Buckner, PLLC
207 South Walker Street
Princeton, WV 24740
*ebuckner@kksblaw.com*
*Counsel for Plaintiffs*


*/s/ Robert A. Lockhart*
Robert A. Lockhart, Esq. (WVSB #4657)
Cipriani & Werner, P.C.
500 Lee Street
Charleston, WV 25301
*rlockhart@c-wlaw.com*
*Counsel for C.H. Robinson Operations, Inc.,*
*C. H. Robinson Worldwide, Inc., and*
*C. H. Robinson Company, Inc.*


**Courtesy copies provided to:**

Alex J. Zurbuch, Esq. (WVSB #12838)
Joseph M. Ward, Esq. (WVSB #9733)
Frost Brown Todd LLC
500 Virginia Street, East, Suite 1100
Charleston, WV 25301
*azurbuch@fbtlaw.com*
*jward@fbtlaw.com*
and
Adam S. Ira, Esq.
Frost Brown Todd LLC
201 N. Illinois Street, Suite 1900
Indianapolis, IN 46204
*aira@fbtlaw.com*
*Counsel for Frontier Communications Corporate*
*Services, Inc., Citizens Telecommunications Company*
*of West Virginia d/b/a Frontier Communications*
*of West Virginia; and Frontier Communications Corporation*

3

Jason D. Bowles, Esq. (WVSB #12091)
Kevin H. Stryker, Esq. (WVSB #14300)
Jenkins Fenstermaker, PLLC
Post Office Box 2688
Huntington, WV 25726-2688
*Counsel for KGPCO., Inc.*